UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MANUEL G. RODRIGUEZ-COLLAZO,

Plaintiff,

v.

EXECUTIVE AIRLINES, INC.,
D/B/A AMERICAN EAGLE,

Defendant.

Civil No. 98-2126 (JAF)

### O R D E R

The "Urgent Motion Requesting the Continuance of Trial" filed by defendant on November 18, 1999, is **GRANTED**. The parties shall perpetuate the testimony of Mr. Pedro Montañez by video deposition or otherwise.

**The Trial set for November 22, 1999, is rescheduled for March 20, 2000, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 18th day of November, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)