# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





MANUEL G. RODRIGUEZ-COLLAZO

    VS.                                    CIVIL NO. 98-2126    (JAF)

EXECUTIVE AIRLINES, INC.,
D/B/A AMERICAN EAGLE,

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [ ] Plffs. | [ ] Defts. | |

## O-R-D-E-R

A SETTLEMENT CONFERENCE SHALL BE HELD ON **MARCH 15, 2000, AT 2:00 P.M.** COUNSEL SHALL APPEAR WITH AUTHORITY TO NEGOTIATE A FINAL SETTLEMENT ON BEHALF OF THEIR CLIENTS.

3/13/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

