# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

Manuel G. Rodriguez-Collazo

VS.

American Airlines Inc.

CIVIL NO. 98-2126 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: FILED: | DOCKET:# | Title: |
| ( )Plffs | ( )Defts | |
| ( )Government | ( )Other | |

RECEIVED & FILED
00 MAR 16 PM 3:
U.S. DISTRICT
SAN JUAN P.R.

### ORDER

The court held a settlement conference to no avail. The court strongly recommends a settlement not to exceed 50,000 — The court advises the parties that any posture on the issue of liability that fails to have a basis on the trial facts shall trigger the imposition of attorney fees —

3-15-2000
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE