UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MANUEL G. RODRIGUEZ-COLLAZO,

    Plaintiff,

v.

EXECUTIVE AIRLINES, INC.,
d/b/a AMERICAN EAGLE,

    Defendant.

Civil No. 98-2126 (JAF)

## J U D G M E N T

The parties' "Stipulation for Voluntary Dismissal With Prejudice," filed on March 17, 2000, is **APPROVED**. Judgment is entered dismissing with prejudice the complaint filed herein, each party to bear its own costs, expenses, and attorney's fees.

The trial setting for March 20, 2000, is now **VACATED**. This case is closed for all purposes.

San Juan, Puerto Rico, this 17th day of March, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge